## UNITED STATES *v.* CANDA.

A CERTIFICATE OF DIVISION IN OPINION FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF MISSOURI.

No. 257. Submitted April 3, 1882. — Decided April 10, 1882.

*United States* v. *Rosenburgh*, 7 Wall. 580, and *United States* v. *Avery*, 13 Wall. 251, followed.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

This case comes here on a certificate of division as to questions arising on a motion to quash an information, and must be dismissed for want of jurisdiction, on the authority of *United States* v. *Rosenburgh*, 7 Wall. 580, and *United States* v. *Avery*, 13 Wall. 251. It is consequently so ordered.                          *Dismissed.*

*Mr. Attorney General* and *Mr. Solicitor General* for plaintiff.

No appearance for defendants.